
**ORIGINAL**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**

MAR - 2 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
CURTIS P HERMANN ) Case No. 06-51100 ASW
)
EMILY MARIA HERMANN ) **NOTICE OF UNCLAIMED DIVIDEND**
)
         Debtors )
)

The final dividend to Creditor, HYLE'S CUSTOM CABINETS in the above entitled matter was returned marked: RETURN TO SENDER/NOT DELIVERABLE AS ADDRESSED/UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $263.21 as an unclaimed dividend.

    Claim # 21     HYLE'S CUSTOM CABINETS
                        15 S WOLF ST
                        MANHEIM, PA 17545-1628

Dated: February 24, 2011

                                                *Alexandra D. Lathum for*
                                                DEVIN DERHAM-BURK, TRUSTEE



**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

RECEIVED
NOV 24 2008
Devin Derham-Burk
Trustee, Chapter 13

HYLE'S CUSTOM CABINETS
15 S WOLF ST
MANHEIM, PA 17545-1628

MIXIE 176 DE 1 00 14/19/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 951500001313 *2756-03583-19-39