
**ORIGINAL**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**

MAR - 2 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
CURTIS P HERMANN ) Case No. 06-51100 ASW
)
EMILY MARIA HERMANN ) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtors )
)

The final dividend to Creditor, M E TILE CO INC in the above entitled matter was returned marked: MOVED LEFT NO ADDRESS/UNABLE TO FORWARD/RETURN TO SENDER

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $73.45 as an unclaimed dividend.

Claim # 27    M E TILE CO INC
              6463 WAVELAND AVE
              HAMMOND, IN 46320-2836

Dated: February 24, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE



**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

RECEIVED JAN 1 6 2009
Devin Derham-Burk
Trustee, Chapter 13

951 NFE 1 9071 00 01/14/09
ME TILE
RETURN TO SENDER
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 951500013919 *2856-05044-14-44

TO THE ORDER OF:
M E TILE CO INC
6463 WAVELAND AVE
HAMMOND IN 46320

VOID